# United States District Court

## Eastern District of California

**DEFERRED**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ELIZABETH EIDEN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:09-MJ-00217 YNP**<br><br>JEREMY S. KROGER<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to the offense: <u>described in the Complaint</u>.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | OPERATING A MOTOR VEHICLE WHILE THE ALCOHOL CONCENTRATION IS MORE THAN .08 GRAMS | 9/20/2009 | ONE |
| 18 USC 13 and CPC 381(b) | POSSESSION OF NITROUS OXIDE, WITH THE INTENT TO BREATHE, INHALE, OR INGEST FOR THE PURPOSE OF CAUSING INTOXICATION | 9/20/2009 | THREE |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[√]  Count(s) <u>remaining</u> are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 5, 2010
Date of Imposition of Judgment

/s/ GARY S. AUSTIN
Signature of Judicial Officer

**GARY S. AUSTIN**, United States Magistrate Judge
Name & Title of Judicial Officer

1/13/2010
Date

## (UNSUPERVISED) PROBATION

The defendant is hereby sentenced to 24 months unsupervised probation as to Count 1 and 12 months unsupervised probation as to Count 3 *WiTH DEFERRED ENTRY OF JUDGMENT AS TO THIS COUNT ONLY*.

[✔] **Judgment entered pursuant to 18 U.S.C. §3607 is deferred.** If the defendant completes the term of probation without violation of conditions imposed, the proceedings will be dismissed.

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall obey all laws (local, state, and federal).

2. Complete DUI school.

3. Don't drive with any measurable amount of alcohol in system and submit to any, and all, sobriety tests as requested.

4. Do not drive until properly licensed and insured.

5. The defendant shall pay a criminal monetary penalty (as to Count 1) for the total amount of $1,200.00, consisting of a $1,190.00 fine and a $10.00 penalty assessment to be paid in monthly installments of $50.00 commencing on 2/5/2010, until paid. As to Count 3, a total amount of $500.00 is due, consisting of a $490.00 fine and a $10.00 penalty assessment to be paid in monthly installments of $25.00 commencing 2/5/2010, until paid. The fines are payable to the Clerk, U.S. District Court, and mailed to:

    Office of the Clerk
    U.S. District Court
    2500 Tulare Street
    Fresno, California 93721

6. Defendant is ordered to appear for a Review Hearing at the U.S. District Court on 1/4/2011 at 10:00 a.m. Defendant is ordered to bring proof of payment , whereas the Court will determine whether all the conditions of probation have been met, and consider vacating the remaining time of probation, and enter final disposition of Deferred Judgment.