Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:09-mj-00217-WMW |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND  ORDER |
| v. ) | THEREON |
| ) | |
| ELIZABETH ANNE EIDEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count three, charging a violation of 18 United States Code 13; California Penal Code §381(b) Possession of a nitrous oxide.

Dated: May 25, 2011                                    NATIONAL PARK SERVICE

                                                       /S/ Susan St. Vincent
                                                       Susan St. Vincent
                                                       Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   May 25, 2011                          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

1